IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FURQUAN R. STAFFORD,**<br><br>  Plaintiffs,<br><br>v.<br><br>**KEDRION S.p.A; KEDRION BIOPHARMA, INC.; OCTAPHARMA AG; OCTAPHARMA PLASMA, INC.; GRIFOLS, S.A.; GRIFOLS SHARED SERVICES NORTH AMERICA, INC.; CSL LIMITED; and CSL PLASMA, INC.,**<br><br>  Defendants. | **CIVIL ACTION FILE**<br><br>**No. 1:20-CV-04970-SCJ** |

## ORDER

The Court enters the following order on various pending motion in the above-stated case.[1]

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

After review and in the absence of opposition,[2] the Court exercises its discretion to **GRANT** Defendant's Motion to File Exhibit 6 (**Doc. No. [11])** and Motions for Leave to Add Additional Materials to Complaint (**Doc. Nos. [34], [35]).**

The Court **DIRECTS** the Clerk to term the Motion to Dismiss at **Doc. No. [23]** as such appears to be an erroneous filing (or duplicate of Doc. No. [24]). The Court will enter a substantive ruling on the Motion to Dismiss at Doc. No. [24] by separate order.

Lastly, Plaintiff's Request for Entry of Default Against Defendant, Octapharma Plasma, Inc. (**Doc. No. [27])** is **DENIED** as the pre-answer Motion to Dismiss (Doc. No. [24]) filed by Defendant Octapharma pursuant to Federal Rule of Civil Procedure 12(b)(6) constitutes defending the action and precludes entry of a default judgment.[3]

---

[2] See LR 7.1(B), NDGa ("Failure to file a response shall indicate that there is no opposition to the motion.").

[3] See Larebo v. First Consumer Credit, Inc., No. 1:07-CV-1761-ODE/AJB, 2008 WL 11417160, at *2 (N.D. Ga. Apr. 14, 2008), report and recommendation adopted, No. 1:07-CV-1761-ODE, 2008 WL 11417154 (N.D. Ga. July 29, 2008) (stating that Federal Rule of Civil Procedure 55(a) "authorizes entry of a default against a party who has 'failed to plead or otherwise defend as provided by [the Federal Rules of Civil Procedure']. [Rule] 12(b)(6) provides that a defendant may file a motion to dismiss if a plaintiff 'fail[s]

**IT IS SO ORDERED** this 22nd day of July, 2021.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

---

to state a claim upon which relief can be granted.' A motion to dismiss made under Rule 12(b)(6) is considered 'defending" an action.'") (citations omitted) and <u>Langdon v. Google, Inc.</u>, 474 F. Supp. 2d 622, 628 (D. Del. 2007) ("Timely serving and filing a motion to dismiss under Fed. R. Civ. P. 12(b), precludes entry of default.").