UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FURQUAN R. STAFFORD,<br><br>        Plaintiff,<br><br>vs.<br><br>DEDRION S.P.A., et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-4970-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for consideration of the Court's Order of July 22, 2021 granting Defendants' Motion to Dismiss, it is

**Ordered and Adjudged** Defendants Kedrion Biopharma, Inc., Octapharma Plasma, Inc., Grifols Shared Services North America, Inc., and CSL Plasma, Inc. are **dismissed with prejudice**. It is further ordered that the remaining Defendants, Kedrion S.p.A., OctaPharma AG, Grifols, S.A. and CSL Limited, are **dismissed** *sua sponte* on the ground of frivolity.

Dated at Atlanta, Georgia, this 31st day of January, 2022.

                                                    KEVIN P. WEIMER
                                                    CLERK OF COURT


                                            By: *s/D. McGoldrick*
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 31, 2022
Kevin P. Weimer
Clerk of Court

By: *s/D. McGoldrick*
      Deputy Clerk